**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In Re:<br>IOTT, KEVIN ROLAND<br>IOTT, LAURA SUE<br><br>Debtor(s) | **Case No.**<br>**Chapter**<br>**Judge**<br><br>**Trustee** | 09-48174<br>7 -- Liquidation<br>Steven W. Rhodes<br><br>Timothy J. Miller |
|---|---|---|

**INTERIM REPORT OF TRUSTEE**

1. For the period ending May 29, 2009

2. Date of section 341A meeting:        05/13/09        341A continued date:        05/18/09
   Date of appointment accepted:

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

| | | | |
|---|---|---|---|
| Total receipts | 0.00 | Checking | 0.00 |
| Total disbursements | 0.00 | Money Market | 0.00 |
| | | Investment | 0.00 |
| | | **Total** | **$0.00** |

   The amount of the Trustee's bond is:  Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                                        **$3.00**
   (from Individual Estate Property Record – Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4):                                              **$3.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:        Investigation of Debtor's businesses.

7. Projected date of final report:        **11/29/10**

Trustee's Signature:   /s/Timothy J. Miller, Trustee
                              Timothy J. Miller, Trustee (P36951)
                              645 Griswold, Suite 3900
                              Detroit, MI 48226
                              (313) 237-0850
                              tmiller@schneidermiller.com

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-48174 SWR | **Trustee:** (420470) Timothy J. Miller |
| **Case Name:** IOTT, KEVIN ROLAND | **Filed (f) or Converted (c):** 03/19/09 (f) |
| IOTT, LAURA SUE | **§341(a) Meeting Date:** 05/13/09 |
| **Period Ending:** 05/29/09 | **Claims Bar Date:** |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5670 Sylvania, Petersburg, MI 49270 | 245,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Carribean Palm Village | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 3 | Cash on hand | 200.00 | 200.00 | DA | 0.00 | FA |
| 4 | United Bank & Trust, Dundee, MI | 800.00 | 800.00 | DA | 0.00 | FA |
| 5 | Misc. household items | 1,600.00 | 1,600.00 | DA | 0.00 | FA |
| 6 | General Items | 200.00 | 200.00 | DA | 0.00 | FA |
| 7 | Costume jewelry, wedding rings, engagement ring, | 520.00 | 520.00 | DA | 0.00 | FA |
| 8 | 7mm digital camera | 400.00 | 400.00 | DA | 0.00 | FA |
| 9 | 33% - Posey Lake Estates, LLC | 1.00 | 1.00 | | 0.00 | 1.00 |
| 10 | Iott Tomato Farms, LLC (shut down) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 11 | Coca Cola - 10 shares | 100.00 | 100.00 | DA | 0.00 | FA |
| 12 | EE Bonds (9 @ $50 bonds) | 450.00 | 450.00 | DA | 0.00 | FA |
| 13 | Posey Lake Estates, LLC | 1.00 | 1.00 | | 0.00 | 1.00 |
| 14 | 1995 Dodge Intrepid | 800.00 | 800.00 | DA | 0.00 | FA |
| 15 | 1995 Chevy Truck 4x4 | 200.00 | 200.00 | DA | 0.00 | FA |
| 16 | J. Deere 5303 Tractor | 9,400.00 | 9,400.00 | DA | 0.00 | FA |
| 17 | Miscellaneous tools | 100.00 | 100.00 | DA | 0.00 | FA |
| 18 | J.D. Lawn Mower | 200.00 | 200.00 | DA | 0.00 | FA |
| 19 | 5 cemetery lots | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 20 | Bicycle | 10.00 | 10.00 | DA | 0.00 | FA |
| 21 | Gas Grill | 100.00 | 100.00 | DA | 0.00 | FA |
| 22 | Torches | 150.00 | 150.00 | DA | 0.00 | FA |
| 23 | Potential Tax Refund | Unknown | 0.00 | DA | 0.00 | FA |
| **23** | **Assets**   **Totals** (Excluding unknown values) | **$264,733.00** | **$19,733.00** | | **$0.00** | **$3.00** |

**Major Activities Affecting Case Closing:**

      Investigation of Debtor's businesses.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-48174 SWR | **Trustee:** (420470) Timothy J. Miller |
| **Case Name:** IOTT, KEVIN ROLAND | **Filed (f) or Converted (c):** 03/19/09 (f) |
| IOTT, LAURA SUE | **§341(a) Meeting Date:** 05/13/09 |
| **Period Ending:** 05/29/09 | **Claims Bar Date:** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  November 29, 2010          **Current Projected Date Of Final Report (TFR):**  November 29, 2010