UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

**KEVIN ROLAND IOTT and**                 Case No. 09-48174 SWR
**LAURA SUE IOTT,**                              Chapter 7
                                                             Hon. Steven W. Rhodes

      Debtor(s).
_____/

## TRUSTEE'S OBJECTIONS TO EXEMPTION CLAIMS

Trustee Timothy J. Miller by his attorneys Schneider Miller, P.C., objects to Debtors' exemption claims as follows.

1. The Trustee objects to the "100%" claim of exemption regarding the "unknown" tax refund because the cited statute limits the amount of the allowable exemption.

2. The other exemption claims are valid, but the Trustee reserves the estate's interest in any non-exempt value in excess of the amounts and relating to property listed in Exhibit C.

3. The Trustee also reserves any transfer avoidance claims.

**WHEREFORE,** the Trustee prays that the Debtors' claim of exemption regarding the tax refund be disallowed and that the Debtors' other exemption claims be allowed subject to any value in excess of the amounts stated on Exhibit C and that any transfer avoidance claims be reserved.

                                                           SCHNEIDER MILLER, P.C.

Dated: June 12, 2009                  /s/ Kenneth M. Schneider
                                   By:     KENNETH M. SCHNEIDER (P-31963)
                                                 Attorney for Trustee
                                                 645 Griswold, Suite 3900
                                                 Detroit, Michigan 48226
                                                 (313) 237-0850
                                                 kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGANS
SOUTHERN DIVISION

In the Matter of:                                             In Bankruptcy

**KEVIN ROLAND IOTT and**                                     Case No. 09-48174 SWR
**LAURA SUE IOTT,**                                           Chapter 7
                                                              Hon. Steven W. Rhodes
    Debtor(s).
_____/

*PROPOSED*
ORDER RE: EXEMPTION CLAIMS

    The Trustee's Objections to Exemption claims are **SUSTAINED.**

    **IT IS HEREBY ORDERED** that the Debtors' claim of exemption regarding tax refunds is disallowed.

    The Debtors' other exemption claims are allowed without prejudice to the estate's rights in the assets listed in Schedule C to the extent of any value in excess of exemption claims.

    Any transfer avoidance claims are reserved.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

In the Matter of:                                                  In Bankruptcy

**KEVIN ROLAND IOTT and**                  Case No. 09-48174 SWR
**LAURA SUE IOTT,**                            Chapter 7
                                                                    Hon. Steven W. Rhodes

        Debtor(s).
_____/

<u>**NOTICE OF TRUSTEE'S OBJECTIONS TO EXEMPTION CLAIMS**</u>

       Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the court entitled Trusteee's Objections to Exemption Claims.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the court to grant the relief as set forth above, or if you want the court to consider your views on the objections, within fifteen (15) days, you or your attorney must:

       1.        File with the court a written response or an answer, explaining your position at:

               United States Bankruptcy Court
               211 W. Fort Street, 17th Floor
               Detroit, Michigan 48226

       **If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.**

       You must also mail a copy to:

               Kenneth M. Schneider
               645 Griswold; Suite 3900
               Detroit, Michigan 48226
               (313) 237-0850

       2.        If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

       **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief.**

                                                      Respectfully Submitted,

Dated: June 12, 2009                              /s/ Kenneth M. Schneider
                                    By:      KENNETH M. SCHNEIDER (P-31963)
                                                  Attorney for Trustee
                                                  645 Griswold; Suite 3900
                                                  Detroit, MI 48226
                                                  (313) 237-0850
                                                  kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

**KEVIN ROLAND IOTT and**                Case No. 09-48174 SWR
**LAURA SUE IOTT,**                          Chapter 7
                                                        Hon. Steven W. Rhodes

      Debtor(s).
_____/

## CERTIFICATE OF SERVICE

RE:     Trustee's Objections to Exemption Claims, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 12th day of June 2009, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., mailed by United States Postal Service the foregoing papers to the following non-ECF participant:

       Kevin Roland Iott
       Laura Sue Iott
       5670 Sylvania Pettersburg
       Petersburg, MI 49270

                                                       /s/ Kenneth M. Schneider
                                     By:    KENNETH M. SCHNEIDER (P-31963)
                                                       645 Griswold, Suite 3900
                                                       Detroit, Michigan 48226
                                                       (313) 237-0850
                                                       kschneider@schneidermiller.com