**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In the Matter of:

**KEVIN ROLAND IOTT and
LAURA SUE IOTT,**

    Debtor(s).

_____/

In Bankruptcy

Case No. 09-48174 SWR
Chapter 7
Hon. Steven W. Rhodes

**TRUSTEE'S MOTION FOR AUTHORITY TO CONVEY INTERESTS
OF THE ESTATE IN POSEY LAKE ESTATES LLC**

Trustee Timothy J. Miller, by his attorneys Schneider Miller, P.C., says:

1. Debtors Kevin Iott and Laura Sue Iott own 16.7% and 16.6% respectively of Posey Lake Estates LLC ("Posey Lake").

2. Posey Lake owns certain lake front lots and acreage in Hudson Township, Lenawee County, Michigan ("The Property").

3. The Property was appraised at $300,000.00 in July 2009.

4. The Property is subject to a mortgage in favor of Fifth Third Bank in the approximate amount of $1.4 million.

5. Fifth Third Bank has offered $1,500.00 to the Trustee for a quit claim deed to The Property.

6. The other owners of Posey Lake are Randal LaRocca and his wife Kimberly LaRocca (16.7%) and Benjamin LaRocca and his wife Cynthia LaRocca (16.7% and 16.6% respectively).

7. The other owners of Posey Lake have also filed Chapter 7 bankruptcy (Randal and Kimberly LaRocca, #09-48185 pjs E.D. Mich) (Benjamin and Cynthia LaRocca, #09-

48181 wsd E.D. Mich).

8. All six Debtors have an allowed exemption claim of their interests in Posey Lake in the amount of $1.00.

9. Failing higher offers, the Trustee recommends the sale in the best interests of the estate.

**WHEREFORE,** the Trustee prays for authority to convey the Property on Posey Lake to Fifth Third Bank for the sum of $1,500.00 failing higher offers and for authority to pay Debtors' allowed exemption claims from the sale proceeds.

SCHNEIDER MILLER, P.C.

Dated: November 4, 2009

By: /s/ Kenneth M. Schneider
KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold, Suite 3900
Detroit, Michigan 48226
(313) 237-0850
kschneider@schneidermiller.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                In Bankruptcy

**KEVIN ROLAND IOTT and**                        Case No. 09-48174 SWR
**LAURA SUE IOTT,**                              Chapter 7
                                                 Hon. Steven W. Rhodes
    Debtor(s).
_____/

## *PROPOSED*
## ORDER CONFIRMING SALE OF INTERESTS IN
## POSEY LAKE ESTATES LLC

Notice of the Trustee's Motion for Authority to Convey Interests of Estate in Posey Lake Estates LLC was served on all parties in interest together with notice of opportunity to bid, object of request a hearing.

No objections or hearing requests were timely filed.

**IT IS HEREBY ORDERED** that the Trustee may convey the Posey Lake real property to Fifth Third Bank for the sum of $1,500.00 and pay Debtors' allowed exemption claim from the sale proceeds.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                   In Bankruptcy

**KEVIN ROLAND IOTT and**                           Case No. 09-48174 SWR
**LAURA SUE IOTT,**                                 Chapter 7
                                                    Hon. Steven W. Rhodes
     Debtor(s).
_____/

**NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO CONVEY**
**INTERESTS OF THE ESTATE IN POSEY LAKE ESTATES LLC AND**
**NOTICE OF OPPORTUNITY TO BID, OBJECT OR REQUEST A HEARING**

**TO:   ALL PARTIES IN INTEREST**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Trustee, has filed papers with the court entitled Trustee's Motion for Authority to Convey Interests of the Estate in Posey Lake Estates LLC which says:.

1. Debtors Kevin Iott and Laura Iott own 16.7% and 16.6% respectively of Posey Lake Estates LLC ("Posey Lake").

2. Posey Lake owns certain lake front lots and acreage in Hudson Township, Lenawee County, Michigan ("The Property").

3. The Property was appraised at $300,000.00 in July 2009.

4. The Property is subject to a mortgage in favor of Fifth Third Bank in the approximate amount of $1.4 million.

5. Fifth Third Bank has offered $1,500.00 to the Trustee for a quit claim deed to The Property.

6. The other owners of Posey Lake are Randal LaRocca and his wife Kimberly LaRocca (16.7%) and Benjamin LaRocca and his wife Cynthia LaRocca (16.7% and 16.6% respectively).

7. The other owners of Posey Lake have also filed Chapter 7 bankruptcy (Randal and Kimberly LaRocca, #09-48185 pjs E.D. Mich) (Benjamin and Cynthia LaRocca, #09-48181 wsd E.D. Mich).

8. All six Debtors have an allowed exemption claim of their interests in Posey Lake in the amount of $1.00.

9. Failing higher offers, the Trustee recommends the sale in the best interests of the estate.

**WHEREFORE,** the Trustee prays for authority to convey the Property on Posey Lake to Fifth Third Bank for the sum of $1,500.00 failing higher offers and for authority to pay Debtors' allowed exemption claims from the sale proceeds.

The property will be sold to the highest bidder on **December 3, 2009 at 2:00 p.m.** at the office of the undersigned counsel for trustee. The court may confirm the sale without a hearing unless objections or hearing requests are filed at court and served on the undersigned counsel for trustee within twenty (20) days. For additional information, call trustee's counsel.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Respectfully Submitted,

Dated: November 4 2009

By:    /s/ Kenneth M. Schneider
KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold; Suite 3900
Detroit, MI 48226
(313) 237-0850
kschneider@schneidermiller.com

2

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **KEVIN ROLAND IOTT and**<br>**LAURA SUE IOTT,** | Case No. 09-48174 SWR<br>Chapter 7<br>Hon. Steven W. Rhodes |
| Debtor(s).<br>_____/ | |

## CERTIFICATE OF SERVICE

RE: Trustee's Motion for Authority to Convey Interests of Estate in Posey Lake Estates LLC, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 4th day of November 2009, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Postal Service and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the L.B.R. 9014-1 Notice to the following non-ECF participants:

ALL CREDITORS ON THE COURT'S MATRIX

        /s/ Kenneth M. Schneider
By: KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold, Suite 3900
Detroit, Michigan 48226
(313) 237-0850
kschneider@schneidermiller.com