# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                     In Bankruptcy

**KEVIN ROLAND IOTT and**                  Case No. 09-48174 SWR
**LAURA SUE IOTT,**                             Chapter 7
                                                  Hon. Steven W. Rhodes

       Debtor(s).
_____/

## ORDER CONFIRMING SALE OF INTERESTS IN
## POSEY LAKE ESTATES LLC

Notice of the Trustee's Motion for Authority to Convey Interests of Estate in Posey Lake Estates LLC was served on all parties in interest together with notice of opportunity to bid, object of request a hearing.

No objections or hearing requests were timely filed.

**IT IS HEREBY ORDERED** that the Trustee may convey the Posey Lake real property to Fifth Third Bank for the sum of $1,500.00 and pay Debtors' allowed exemption claim from the sale proceeds.

**Signed on December 04, 2009**

                                                           /s/ Steven Rhodes
                                                           Steven Rhodes
                                                           United States Bankruptcy Judge