# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                       In Bankruptcy

**KEVIN ROLAND IOTT and**           Case No. 09-48174 SWR
**LAURA SUE IOTT,**                  Chapter 7
                                           Hon. Steven W. Rhodes

       Debtor(s).
_____/

## TRUSTEE'S MOTION FOR ORDER DIRECTING DEBTORS TO APPEAR FOR EXAMINATION AND TO PRODUCE RECORDS PURSUANT TO BR 2004

Trustee Timothy J. Miller, by his attorneys Schneider Miller, P.C., says:

1. The Trustee has repeatedly requested records and Debtors' appearance under BR 2004. Debtors' counsel has failed to respond.

2. The Trustee requires (a) 2008 and 2009 personal and business tax returns, (b) ledgers and canceled checks on the personal and business financial accounts for 2009 including the 1099s from the RMI LLC returns, (c) supporting schedules regarding the Debtors' 2007 tax return, and (d) records relevant to the disposition of the proceeds from the 2008 sale of farmland by Iott Tomato Farms LLC as well as Debtors' testimony regarding these matters and regarding several real estate transactions.

3. An order for examination and for turnover of records is authorized BR 2004.

**WHEREFORE,** the Trustee prays for entry of an order directing Debtors to appear for examination and directing Debtors to produce the records listed in paragraph 2.

                                                 SCHNEIDER MILLER, P.C.

Dated: July 13, 2010                /s/ Kenneth M. Schneider
                             By:    KENNETH M. SCHNEIDER (P-31963)
                                    Attorney for Trustee
                                    645 Griswold, Suite 3900
                                    Detroit, Michigan 48226
                                    (313) 237-0850
                                    kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**KEVIN ROLAND IOTT and
LAURA SUE IOTT,**

    Debtor(s).
_____/

In Bankruptcy

Case No. 09-48174 SWR
Chapter 7
Hon. Steven W. Rhodes

*PROPOSED*
ORDER DIRECTING DEBTORS TO APPEAR FOR
EXAMINATION AND DIRECTING DEBTORS TO PRODUCE
RECORDS FOR INSPECTION AND COPYING

The Trustee's Motion for Order Directing Debtors to Appear for Examination and to Produce Records Pursuant to BR 2004 is **GRANTED.**

Debtors shall appear at the office of Trustee's counsel on **August 26, 2010 at 9:00 a.m.**

Not later than August 23, 2010, Debtors shall deliver the records listed in the Trustee's motion to Trustee's counsel.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**<u>SOUTHERN DIVISION</u>**

In the Matter of:                                                   In Bankruptcy

**KEVIN ROLAND IOTT and**                     Case No. 09-48174 SWR
**LAURA SUE IOTT,**                                Chapter 7
                                                                         Hon. Steven W. Rhodes

         Debtor(s).
_____/

### NOTICE OF TRUSTEE'S MOTION FOR ORDER DIRECTING DEBTORS TO APPEAR FOR EXAMINATION AND TO PRODUCE RECORDS PURSUANT TO BR 2004

        Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the court entitled Trustee's Motion for Order Directing Debtors to Appear for Examination and to Produce Records Pursuant to BR 2004.

        **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the court to grant the relief as set forth above, or if you want the court to consider your views on the objections, within fourteen (14) days, you or your attorney must:

1.       File with the court a written response or an answer, explaining your position at:

                  United States Bankruptcy Court
                  211 W. Fort Street, 17th Floor
                  Detroit, Michigan 48226

        **If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.**

        You must also mail a copy to:

                  Kenneth M. Schneider
                  645 Griswold; Suite 3900
                  Detroit, Michigan 48226
                  (313) 237-0850

2.       If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

        **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief.**

                                                     Respectfully Submitted,

Dated: July 13, 2009                              /s/ Kenneth M. Schneider
                                    By:     KENNETH M. SCHNEIDER (P-31963)
                                                Attorney for Trustee
                                                645 Griswold; Suite 3900
                                                Detroit, MI 48226
                                                (313) 237-0850
                                                kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

**KEVIN ROLAND IOTT and**                Case No. 09-48174 SWR
**LAURA SUE IOTT,**                         Chapter 7
                                                       Hon. Steven W. Rhodes

       Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

RE:     Trustee's Motion for Order Directing Debtors to Appear for Examination and to Produce Records Pursuant to BR 2004, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 13th day of July 2010, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., mailed by United States Postal Service the foregoing papers to the following non-ECF participant:

      Kevin Roland Iott
      Laura Sue Iott
      5670 Sylvania Pettersburg
      Petersburg, MI 49270

                                        /s/ Kenneth M. Schneider
                         By:    KENNETH M. SCHNEIDER (P-31963)
                                   645 Griswold, Suite 3900
                                   Detroit, Michigan 48226
                                   (313) 237-0850
                                   kschneider@schneidermiller.com