# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy

**Iott, Kevin Roland and Laura Sue,**        Chapter 7
                                                 Case No. 09-48174-SWR
     Debtors.                                Hon. Steven W. Rhodes
_____/

## STIPULATION TO WITHDRAW MOTION

Timothy J. Miller, Trustee, and Kevin Roland Iott and Laura Sue Iott, Debtors, by their respective counsel, hereby stipulate to withdraw Trustee's Motion for Order Directing Debtors to Appear for Examination and Produce Records pursuant to BR 2004.

Dated: August 13, 2010            /s/Kimberly Ross Clayson
                                            Kimberly Ross Clayson (P69804)
                                            Attorney for the Trustee
                                            Schneider Miller, P.C.
                                            645 Griswold, Suite 3900
                                            Detroit, MI 48226
                                            313-237-0850
                                            kclayson@schneidermiller.com

Dated: August 13, 2010            /s/Kenneth A. Nathan
                                            Kenneth A. Nathan (P39142)
                                            Attorney for the Debtors
                                            Nathan Zousmer, P.C.
                                            260 Franklin Center
                                            29100 Northwestern Highway
                                            Southfield, MI 48034
                                            248-351-0099
                                            knathan@nathanzousmer.com