# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48174 SWR  
**Case Name:** IOTT, KEVIN ROLAND  
                IOTT, LAURA SUE  
**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 03/19/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/14/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5670 Sylvania, Petersburg, MI 49270 | 245,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Carribean Palm Village | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | United Bank & Trust, Dundee, MI | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household items | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 6 | General Items | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Costume jewelry, wedding rings, engagement ring, | 520.00 | 0.00 | DA | 0.00 | FA |
| 8 | 7mm digital camera | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 33% - Posey Lake Estates, LLC (See Footnote) | 1.00 | 1,500.00 | | 4,500.00 | FA |
| 10 | Iott Tomato Farms, LLC (shut down) (See Footnote) | 1.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 11 | Coca Cola - 10 shares | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | EE Bonds (9 @ $50 bonds) | 450.00 | 0.00 | DA | 0.00 | FA |
| 13 | Posey Lake Estates, LLC (See Footnote) | 1.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 14 | 1995 Dodge Intrepid | 800.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 Chevy Truck 4x4 | 200.00 | 0.00 | DA | 0.00 | FA |
| 16 | J. Deere 5303 Tractor | 9,400.00 | 0.00 | DA | 0.00 | FA |
| 17 | Miscellaneous tools | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | J.D. Lawn Mower | 200.00 | 0.00 | DA | 0.00 | FA |
| 19 | 5 cemetery lots | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Bicycle | 10.00 | 0.00 | DA | 0.00 | FA |
| 21 | Gas Grill | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Torches | 150.00 | 0.00 | DA | 0.00 | FA |
| 23 | Potential Tax Refund | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | Unknown |
| 24 | Assets Totals (Excluding unknown values) | **$264,733.00** | **$4,500.00** | | **$4,500.11** | **$3,000.00** |

RE PROP# 9    Per order December 04, 2009 trustee to be paid $1500 for interest in asset and trustee to pay $1.00 exemption to the Debtors.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 09-48174 SWR | | | **Trustee:** (420470) Timothy J. Miller | | |
| **Case Name:** IOTT, KEVIN ROLAND | | | **Filed (f) or Converted (c):** 03/19/09 (f) | | |
| IOTT, LAURA SUE | | | **§341(a) Meeting Date:** 05/13/09 | | |
| **Period Ending:** 03/31/11 | | | **Claims Bar Date:** 11/14/10 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Payment from Fifth Third Bank received August 18, 2010 in the amount of $4500.00. This estate and two other bankruptcy estates have equal one-third interests ($1,500.00 each) in the proceeds. Therefore, from the $4,500.00 in proceeds, the sum of $1,500.00 will be paid from this estate to the estate of Randal and Kimberly LaRocca no. 09-48185 and the sume of $1,500.00 will be paid to the estate of Benjamin and Cynthia LaRocca no. 09-48181.

RE PROP# 10  Interest under investigation.
RE PROP# 13  Interest under investigation.

**Major Activities Affecting Case Closing:**

Investigation of Debtor's businesses.

4/10 May persue litigation against debtor

4/13/11 investigation of Debtor's interest in local telephone company continuing review

**Initial Projected Date Of Final Report (TFR):**   November 29, 2010     **Current Projected Date Of Final Report (TFR):**   May 20, 2011

_____       April 26, 2011                                       /s/ Timothy J. Miller
                       Date                                                                          Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-48174 SWR
**Case Name:** IOTT, KEVIN ROLAND
IOTT, LAURA SUE
**Taxpayer ID #:** **-***8884
**Period Ending:** 03/31/11

**Trustee:** Timothy J. Miller (420470)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******26-65 - Money Market Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/10 | {9} | Fifth Third Bank | Per order December 04, 2009 trustee to be paid $1500 for interest in asset. Payment from Fifth Third Bank received August 18, 2010 in the amount of $4500.00. This estate and two other bankruptcy estates have equal one-third interests ($1,500.00 each) i | 1129-000 | 4,500.00 | | 4,500.00 |
| 08/24/10 | | To Account #9200******2666 | transfer to checking to P/O 12/4/09 | 9999-000 | | 3,000.00 | 1,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,500.05 |
| 09/07/10 | | To Account #9200******2666 | transfer to checking for court reporting fees | 9999-000 | | 70.00 | 1,430.05 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,430.06 |
| 10/28/10 | | To Account #9200******2666 | transfer to checking for Court reporting fees | 9999-000 | | 70.00 | 1,360.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.11 |
| | | | **ACCOUNT TOTALS** | | 4,500.11 | 3,140.00 | $1,360.11 |
| | | | Less: Bank Transfers | | 0.00 | 3,140.00 | |
| | | | **Subtotal** | | 4,500.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,500.11** | **$0.00** | |

{} Asset reference(s)

09-48174-swr    Doc 60    Filed 04/27/11    Entered 04/27/11 09:11:47    Page 3 of 4

Printed: 04/26/2011 11:47 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-48174 SWR  
**Case Name:** IOTT, KEVIN ROLAND  
IOTT, LAURA SUE  
**Taxpayer ID #:** **-***8884  
**Period Ending:** 03/31/11

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | | From Account #9200******2665 | transfer to checking to P/O 12/4/09 | 9999-000 | 3,000.00 | | 3,000.00 |
| 08/24/10 | 101 | Bankruptcy Estate of Benjamin & Cynthia LaRocca | Amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | | 1,500.00 | 1,500.00 |
| 08/24/10 | 102 | Bankruptcy Estate of Randal & Kimberly LaRocca | amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | | 1,500.00 | 0.00 |
| 09/07/10 | | From Account #9200******2665 | transfer to checking for court reporting fees | 9999-000 | 70.00 | | 70.00 |
| 09/07/10 | 103 | Luzod Reporting Service | court reporting services 8/30/10 invoice #052380 | 3992-000 | | 70.00 | 0.00 |
| 10/28/10 | | From Account #9200******2665 | transfer to checking for Court reporting fees | 9999-000 | 70.00 | | 70.00 |
| 10/28/10 | 104 | Luzod Reporting Service | reporting service on 10/20/10 invocie #068557 | 3991-000 | | 70.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,140.00 | 3,140.00 | $0.00 |
| | | | Less: Bank Transfers | | 3,140.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,140.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,140.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******26-65** | 4,500.11 | 0.00 | 1,360.11 |
| **Checking # 9200-******26-66** | 0.00 | 3,140.00 | 0.00 |
| | **$4,500.11** | **$3,140.00** | **$1,360.11** |

April 26, 2011  
_____  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller