211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.:  09−48174−swr
Chapter:  7

In Re: (NAME OF DEBTOR(S))
Kevin Roland Iott                              Laura Sue Iott
5670 Sylvania Petersburg                       5670 Sylvania Petersburg
Petersburg, MI 49270                           Petersburg, MI 49270
Social Security No.:
xxx−xx−2634                                    xxx−xx−2643
Employer's Tax I.D. No.:

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Re #63 and #64 Request to be Removed from Receiving Notices

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances
- ☐ Motion to Convert under 11 U.S.C. § 706(a)   (Rule  9013)
- ☐ Notice of Objection to Claim
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document is required within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/13/11

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court
