UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy

**IOTT, KEVIN ROLAND,**           Case No. 09-48174 SWR
**IOTT, LAURA SUE,**              Chapter 7
       Debtor(s)                         Hon. Steven W. Rhodes
_____/

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

To the Clerk of the United States Bankruptcy Court:

This is to inform the Court that the final report and account for this estate will be filed within ninety (90) days from the date of this notice.

Dated: January 24, 2012           /s/ Timothy J. Miller, trustee
                                        Timothy J. Miller, Trustee
                                        (P36951)
                                        Schneider Miller, P.C.
                                        64541 Van Dyke Suite 101B
                                        Washington, MI 48095
                                        (586) 281-3764
                                        tmiller@schneidermiller.com