UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

**IOTT, KEVIN ROLAND,**  Case No. 09-48174 SWR
**IOTT, LAURA SUE,**  Chapter 7
     Debtor(s)  Hon. Steven W. Rhodes
_____/

**NOTICE TO PROFESSIONALS TO FILE
FOR FEES AND EXPENSES**

     Please take notice that this trustee is now ready to file a final report and make distributions to creditors in this case. Please file applications for any fees and expenses which are now due and owing. The application for fees and appropriate exhibits should be filed with the Clerk of the Court within 30 days and copies sent to the U.S. Trustee and the case trustee.

Dated: January 24, 2012
/s/ Timothy J. Miller, trustee
Timothy J. Miller, Trustee (P36951)
Schneider Miller, P.C.
64541 Van Dyke Suite 101B
Washington, MI 48095
(586) 281-3764
tmiller@schneidermiller.com

**Certificate of Service**

     The undersigned certifies that a copy of this Notice to Professionals to File for Fees and Expenses was served on the following:

     Office of the United States Trustee, an ECF participant
     Schneider Miller, P.C., an ECF participant

Dated: January 24, 2012
/s/ Timothy J. Miller, trustee
Timothy J. Miller, Trustee (P36951)
Schneider Miller, P.C.
64541 Van Dyke Suite 101B
Washington, MI 48095
(586) 281-3764
tmiller@schneidermiller.com