# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In the Matter of:
IOTT, KEVIN ROLAND                         Case No. 09-48174
IOTT, LAURA SUE                             Chapter 7
                                         Honorable Steven W. Rhodes

_____Debtor(s)_____ /

## CERTIFICATE OF DISTRIBUTION

Now comes Timothy J. Miller, trustee of the above-named estate, and hereby states the

following:

1.      That the trustee has fully administered this estate by either liquidating or abandoning all

property of the estate.

2.      That the trustee has collected $1,500.19, and disbursed $267.61, leaving a balance on

hand of $1,232.58, which funds are lodged in an account in The Bank of New York Mellon;

3.      That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

|  |  | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Schneider Miller, P.C. | Attorney for Trustee Expenses (Trustee Firm)p/o/ 3/12/12 | 90.00 | 79.45 | 71.51 |
| Timothy J. Miller | Trustee Expenses p/o/ 3/12/12 | 85.00 | 79.45 | 67.54 |
| Schneider Miller, P.C. | Attorney for Trustee Fees (Trustee Firm) p/o/ 3/12/12 | 1,000.00 | 79.45 | 794.54 |
| Timothy J. Miller | Trustee Compensation p/o/ 3/12/12 | 375.05 | 79.45 | 297.99 |
|  | Subtotals: | $ 1,550.05 | | $ 1,231.58 |

Secured Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 4 | Monroe Bank & Trust | 0.00 | 100.00 | 0.00 |
| 10 | Kevin and Laura Iott exemptions | 1.00 | 100.00 | 1.00 |
|  | Secured Subtotals: | $ 1.00 | | $ 1.00 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 291.76 | 0.00 | 0.00 |
| 2 | Consultants Lab | 225.37 | 0.00 | 0.00 |
| 3 | Chase Bank USA NA | 10,392.00 | 0.00 | 0.00 |
| 5 | Wettle, Brent and Heather | 87,500.00 | 0.00 | 0.00 |
| 6 | Capital Recovery III LLC | 3,495.91 | 0.00 | 0.00 |
| 7 -2 | WORLD'S FOREMOST BANK | 18,457.15 | 0.00 | 0.00 |
| 8 | Toledo Hospital | 3,969.40 | 0.00 | 0.00 |
| | Subtotals: | $ 124,331.59 | $ | 0.00 |

Unsecured Claims - Untimely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 9 | American Express Bank FSB | 703.86 | 0.00 | 0.00 |
| | Subtotals: | $ 703.86 | $ | 0.00 |
| | Unsecured Subtotals: | $ 125,035.45 | $ | 0.00 |
| | Total Paid: | | $ | 1,232.58 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date:  March 12, 2012 

/s/ Timothy J. Miller 
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI  48095
(586) 281-3764
tmiller@schneidermiller.com