# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: IOTT, KEVIN ROLAND § Case No. 09-48174-MBM
   IOTT, LAURA SUE §
                  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Timothy J. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $270,165.00      Assets Exempt: $25,166.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
                 Without Payment: $1,545,659.34

Total Expenses of Administration: $1,499.19

---

  3) Total gross receipts of $ 1,500.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1.00 (see **Exhibit 2**), yielded net receipts of $1,499.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,568.00 | $59,976.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,817.66 | 1,817.66 | 1,499.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,557,870.26 | 125,035.45 | 125,035.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,887,438.26 | $186,829.17 | $126,853.11 | $1,499.19 |

4) This case was originally filed under Chapter 7 on March 19, 2009. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2012     By: /s/Timothy J. Miller
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 33% - Posey Lake Estates, LLC | 1129-000 | 1,500.00 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | **$1,500.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Benjamin & Cynthia LaRocca | Amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | 1,500.00 |
| Bankruptcy Estate of Randal & Kimberly LaRocca | amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | 1,500.00 |
| Randel La Rocca | Funds Transferred to Randel LaRocca p/o 12/4/09 | 8500-002 | -1,500.00 |
| Fifth Third Bank | Transfer of fund to Benjamin LaRocca p/o 12/4.2009 | 8500-002 | -1,500.00 |
| Kevin and Laura Iott | Dividend paid 100.00% on $1.00; Claim# 10; Filed: $1.00; Reference: | 8100-000 | 1.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Monroe Bank & Trust | 4110-000 | 59,840.00 | 59,976.06 | 0.00 | 0.00 |
| NOTFILED | John Deere Credit | 4110-000 | 12,671.00 | N/A | N/A | 0.00 |
| NOTFILED | Greenstone FCS | 4110-000 | 235,057.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 22,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $329,568.00 | $59,976.06 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Timothy J. Miller | 2100-000 | N/A | 375.05 | 375.05 | 297.99 |
| Timothy J. Miller | 2200-000 | N/A | 85.00 | 85.00 | 67.54 |
| Schneider Miller, P.C. | 3110-000 | N/A | 1,000.00 | 1,000.00 | 794.54 |
| Schneider Miller, P.C. | 3120-000 | N/A | 90.00 | 90.00 | 71.51 |
| Luzod Reporting Service | 3992-000 | N/A | 70.00 | 70.00 | 70.00 |
| Luzod Reporting Service | 3991-000 | N/A | 70.00 | 70.00 | 70.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.61 | 2.61 | 2.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,817.66 | 1,817.66 | 1,499.19 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 291.76 | 291.76 | 0.00 |
| 2 | Consultants Lab | 7100-000 | 225.37 | 225.37 | 225.37 | 0.00 |
| 3 | Chase Bank USA NA | 7100-000 | 10,140.00 | 10,392.00 | 10,392.00 | 0.00 |
| 5 | Wettle, Brent and Heather | 7100-000 | 100,000.00 | 87,500.00 | 87,500.00 | 0.00 |
| 6 | Capital Recovery III LLC | 7100-000 | 3,470.00 | 3,495.91 | 3,495.91 | 0.00 |
| 7 -2 | WORLD'S FOREMOST BANK | 7100-000 | 18,579.00 | 18,457.15 | 18,457.15 | 0.00 |
| 8 | Toledo Hospital | 7100-000 | 4,206.00 | 3,969.40 | 3,969.40 | 0.00 |
| 9 | American Express Bank FSB | 7200-000 | 626.00 | 703.86 | 703.86 | 0.00 |
| NOTFILED | Hudson Township | 7100-000 | 271.90 | N/A | N/A | 0.00 |
| NOTFILED | Flower Hospital | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance Apex Commercial, LLC | 7100-000 | 12,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Lenawee County Treasurer | 7100-000 | 2,606.21 | N/A | N/A | 0.00 |
| NOTFILED | King, Patrick Kerr, Roxanne | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Toledo Radiological | 7100-000 | 672.00 | N/A | N/A | 0.00 |
| NOTFILED | Lenawee County Treasurer | 7100-000 | 3,858.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank c/o Laurie J. Pangle | 7100-000 | 1,300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumers Energy | 7100-000 | 98.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,557,870.26 | 125,035.45 | 125,035.45 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48174-MBM  
**Case Name:** IOTT, KEVIN ROLAND  
　　　　　　　IOTT, LAURA SUE  
**Period Ending:** 03/23/12  

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 03/19/09 (f)  
**§341(a) Meeting Date:** 05/13/09  
**Claims Bar Date:** 11/14/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5670 Sylvania, Petersburg, MI 49270 | 245,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Carribean Palm Village | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | United Bank & Trust, Dundee, MI | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household items | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 6 | General Items | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Costume jewelry, wedding rings, engagement ring, | 520.00 | 0.00 | DA | 0.00 | FA |
| 8 | 7mm digital camera | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 33% - Posey Lake Estates, LLC (See Footnote) | 1.00 | 1,500.00 | | 1,500.00 | FA |
| 10 | Iott Tomato Farms, LLC (shut down) (See Footnote) | 1.00 | 1,500.00 | DA | 0.00 | FA |
| 11 | Coca Cola - 10 shares | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | EE Bonds (9 @ $50 bonds) | 450.00 | 0.00 | DA | 0.00 | FA |
| 13 | Posey Lake Estates, LLC (See Footnote) | 1.00 | 1,500.00 | DA | 0.00 | FA |
| 14 | 1995 Dodge Intrepid | 800.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 Chevy Truck 4x4 | 200.00 | 0.00 | DA | 0.00 | FA |
| 16 | J. Deere 5303 Tractor | 9,400.00 | 0.00 | DA | 0.00 | FA |
| 17 | Miscellaneous tools | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | J.D. Lawn Mower | 200.00 | 0.00 | DA | 0.00 | FA |
| 19 | 5 cemetery lots | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | Bicycle | 10.00 | 0.00 | DA | 0.00 | FA |
| 21 | Gas Grill | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Torches | 150.00 | 0.00 | DA | 0.00 | FA |
| 23 | Potential Tax Refund<br>　amended 7/10/09 to include asset and exemption | 5,433.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | FA |
| 24 | **Assets**　Totals (Excluding unknown values) | **$270,166.00** | **$4,500.00** | | **$1,500.19** | **$0.00** |

RE PROP# 9　　Per order December 04, 2009 trustee to be paid $1500 for interest in asset and trustee to pay $1.00

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-48174-MBM | **Trustee:** (420470) Timothy J. Miller | |
| **Case Name:** IOTT, KEVIN ROLAND | **Filed (f) or Converted (c):** 03/19/09 (f) | |
| IOTT, LAURA SUE | **§341(a) Meeting Date:** 05/13/09 | |
| **Period Ending:** 03/23/12 | **Claims Bar Date:** 11/14/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| exemption to the Debtors. Payment from Fifth Third Bank received August 18, 2010 in the amount of $4500.00. This estate and two other bankruptcy estates have equal one-third interests ($1,500.00 each) in the proceeds. Therefore, from the $4,500.00 in proceeds, the sum of $1,500.00 will be paid from this estate to the estate of Randal and Kimberly LaRocca no. 09-48185 and the sume of $1,500.00 will be paid to the estate of Benjamin and Cynthia LaRocca no. 09-48181. | | | | | |
| RE PROP# 10    Interest under investigation. | | | | | |
| RE PROP# 13    Interest under investigation. | | | | | |

**Major Activities Affecting Case Closing:**

Claims have been reviewed. The case is ready to be closed.

**Initial Projected Date Of Final Report (TFR):**    November 29, 2010        **Current Projected Date Of Final Report (TFR):**    January 27, 2012 (Actual)

_____
March 23, 2012
Date

/s/ Timothy J. Miller
_____
Timothy J. Miller

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-48174-MBM  
**Case Name:** IOTT, KEVIN ROLAND  
IOTT, LAURA SUE  
**Taxpayer ID #:** **-***8884  
**Period Ending:** 03/23/12

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/10 | | Fifth Third Bank | Per order December 04, 2009 trustee to be paid $1500 for interest in asset. Payment from Fifth Third Bank received August 18, 2010 in the amount of $4500.00. This estate and two other bankruptcy estates have equal one-third interests ($1,500.00 each) i | | | -4,500.00 | 4,500.00 |
| | {9} | | 33% Interest in Real Property    -1,500.00 | 1129-000 | | | 4,500.00 |
| | | Randel La Rocca | Funds Transferred to    -1,500.00 Randel LaRocca p/o 12/4/09 | 8500-002 | | | 4,500.00 |
| | | | Transfer of fund to    -1,500.00 Benjamin LaRocca p/o 12/4.2009 | 8500-002 | | | 4,500.00 |
| 08/24/10 | | To Account #9200******2666 | transfer to checking to P/O 12/4/09 | 9999-000 | | 3,000.00 | 1,500.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,500.05 |
| 09/07/10 | | To Account #9200******2666 | transfer to checking for court reporting fees | 9999-000 | | 70.00 | 1,430.05 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,430.06 |
| 10/28/10 | | To Account #9200******2666 | transfer to checking for Court reporting fees | 9999-000 | | 70.00 | 1,360.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.11 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.12 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.13 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,360.14 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.61 | 1,357.53 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,357.54 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,332.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,332.55 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,307.55 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,307.56 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,282.56 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,282.57 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,257.57 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,257.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,232.58 |

Subtotals: $0.19    $-1,232.39

{} Asset reference(s)    Printed: 03/23/2012 02:16 PM    V.12.57

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-48174-MBM  
**Case Name:** IOTT, KEVIN ROLAND  
IOTT, LAURA SUE  
**Taxpayer ID #:** **-***8884  
**Period Ending:** 03/23/12

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/24/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,232.58 |
| 01/24/12 | | To Account #9200******2666 | transfer to checking for final report | 9999-000 | | 1,232.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.19 | 0.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,372.58 | |
| | | | **Subtotal** | | 0.19 | -4,372.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.19 | $-4,372.39 | |

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-48174-MBM  
**Case Name:** IOTT, KEVIN ROLAND  
IOTT, LAURA SUE  
**Taxpayer ID #:** **-***8884  
**Period Ending:** 03/23/12

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | | From Account #9200******2665 | transfer to checking to P/O 12/4/09 | 9999-000 | 3,000.00 | | 3,000.00 |
| 08/24/10 | 101 | Bankruptcy Estate of Benjamin & Cynthia LaRocca | Amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | | 1,500.00 | 1,500.00 |
| 08/24/10 | 102 | Bankruptcy Estate of Randal & Kimberly LaRocca | amount owed to estate from Fifth Third p/o 12/4/09 | 8500-002 | | 1,500.00 | 0.00 |
| 09/07/10 | | From Account #9200******2665 | transfer to checking for court reporting fees | 9999-000 | 70.00 | | 70.00 |
| 09/07/10 | 103 | Luzod Reporting Service | court reporting services 8/30/10 invoice #052380 | 3992-000 | | 70.00 | 0.00 |
| 10/28/10 | | From Account #9200******2665 | transfer to checking for Court reporting fees | 9999-000 | 70.00 | | 70.00 |
| 10/28/10 | 104 | Luzod Reporting Service | reporting service on 10/20/10 invocie #068557 | 3991-000 | | 70.00 | 0.00 |
| 01/24/12 | | From Account #9200******2665 | transfer to checking for final report | 9999-000 | 1,232.58 | | 1,232.58 |
| 03/12/12 | 105 | Kevin and Laura Iott | Dividend paid 100.00% on $1.00; Claim# 10; Filed: $1.00; Reference: | 8100-000 | | 1.00 | 1,231.58 |
| 03/12/12 | 106 | Timothy J. Miller | Dividend paid 79.45% on $375.05, Trustee Compensation; Reference: | 2100-000 | | 297.99 | 933.59 |
| 03/12/12 | 107 | Timothy J. Miller | Dividend paid 79.45% on $85.00, Trustee Expenses; Reference: | 2200-000 | | 67.54 | 866.05 |
| 03/12/12 | 108 | Schneider Miller, P.C. | Dividend paid 79.45% on $1,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 794.54 | 71.51 |
| 03/12/12 | 109 | Schneider Miller, P.C. | Dividend paid 79.45% on $90.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 71.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,372.58 | 4,372.58 | $0.00 |
| | | | Less: Bank Transfers | | 4,372.58 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,372.58 | |
| | | | Less: Payments to Debtors | | | 1.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,371.58 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******26-65** | 0.19 | -4,372.39 | 0.00 |
| **Checking # 9200-******26-66** | 0.00 | 4,371.58 | 0.00 |
| | $0.19 | $-0.81 | $0.00 |

_____ March 23, 2012  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller